**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

In re: Patch, Andrew J. § Case No. 23-10009-NVA
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Craig B. Leavers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $122,162.83 *(without deducting any secured claims)* | Assets Exempt: $155,021.83 |
| Total Distributions to Claimants: $1,255,178.77 | Claims Discharged Without Payment: $4,484,765.90 |
| Total Expenses of Administration: $188,118.98 | |

    3) Total gross receipts of $1,885,419.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $442,121.89 (see **Exhibit 2**), yielded net receipts of $1,443,297.75 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,141,938.13 | $785,187.36 | $785,187.36 | $786,061.18 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $190,104.98 | $188,118.98 | $188,118.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $2,075.59 | $405,817.21 | $405,817.21 | $405,817.21 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,382,454.76 | $3,165,611.52 | $3,165,611.52 | $63,300.38 |
| **TOTAL DISBURSEMENTS** | $2,526,468.48 | $4,546,721.07 | $4,544,735.07 | $1,443,297.75 |

   4) This case was originally filed under chapter 7 on 01/03/2023.  The case was pending for 10 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/13/2023          By: /s/ Craig B. Leavers
                   Trustee, Bar No.: 26914

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 12701 Maryvale Court, Ellicott City, MD 21042-0000, Howard County | 1110-000 | $1,500,000.00 |
| 23 Clinton Avenue, Oak Bluffs, MA 02557-0000, Dukes County | 1110-000 | $233,712.57 |
| 2 Rolex Watches and a class ring | 1129-000 | $5,000.00 |
| 2018 BMW M240i X, 75000 miles | 1129-000 | $16,000.00 |
| Checking: Axos Bank x7303 | 1129-000 | $121,155.36 |
| Checking: Wells Fargo Bank, N.A. x4223 | 1129-000 | $2,460.82 |
| Lapidary collection, consisting of approximately 200 separate items and 100 18th Century Stereocards | 1129-000 | $1,000.00 |
| Prepaid County Taxes (3/2/23 - 7/1/23) | 1290-000 | $5,875.41 |
| Prepaid HOA dues (3/2/22 - 7/1/23) | 1290-000 | $215.48 |
| **TOTAL GROSS RECEIPTS** | | **$1,885,419.64** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Galloway Pool Service | Pool contractor paid from Co-Owner's share of proceeds | 8500-002 | $7,585.81 |
| Andrew J. Patch | Exemption in proceeds from sale of 12701 Maryvale Crt, Ellicott City, MD | 8100-002 | $27,900.00 |
| Residential Real Estate Solutions, LLC | Contractor paid from Co-owner's Share of Proceeds | 8500-002 | $241,487.50 |
| Pamela T. Patch | Co-Owner's share of net proceeds | 8500-002 | $165,148.58 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$442,121.89** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Comptroller of Md | 4800-000 | NA | $130,260.28 | $130,260.28 | $130,260.28 |
| 2S | Internal Revenue Service | 4110-000 | NA | $70,592.80 | $70,592.80 | $71,546.78 |
| 3 | Sandy Spring Bank | 4110-000 | NA | $581,903.53 | $581,903.53 | $584,254.12 |
| 5 | BMW Financial Services Attn: Customer Accounting | 4110-000 | NA | $2,430.75 | $2,430.75 | $0.00 |
| N/F | 209 Madison Owner, LLC | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Alliant Credit Union | 4110-000 | $6,354.00 | NA | NA | NA |
| N/F | BMW Bank of North America | 4110-000 | $2,411.10 | NA | NA | NA |
| N/F | Comptroller of Maryland | 4110-000 | $106,814.00 | NA | NA | NA |
| N/F | Comptroller of Maryland | 4110-000 | $16,694.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 4110-000 | $266,915.59 | NA | NA | NA |
| N/F | Rockland Trust | 4110-000 | $158,796.28 | NA | NA | NA |
| N/F | Sandy Spring Bank | 4110-000 | $583,953.16 | NA | NA | NA |
|  | **TOTAL SECURED** |  | **$1,141,938.13** | **$785,187.36** | **$785,187.36** | **$786,061.18** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Craig B. Leavers | 2100-000 | NA | $66,548.93 | $66,548.93 | $66,548.93 |
| Trustee, Expenses - Residential Real Estate Solutions, LLC | 2200-000 | NA | $4,787.50 | $4,787.50 | $4,787.50 |
| Trustee, Expenses - Craig B. Leavers | 2200-000 | NA | $147.38 | $147.38 | $147.38 |
| Attorney for Trustee Fees - The Law Offices of Craig B. Leavers, LLC | 3110-000 | NA | $13,240.00 | $11,254.00 | $11,254.00 |
| Attorney for Trustee, Expenses - The Law Offices of Craig B. Leavers, LLC | 3120-000 | NA | $588.30 | $588.30 | $588.30 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Costs re Sale of Property (closing costs, etc.) - Cinch Home Services | 2500-000 | NA | $539.00 | $539.00 | $539.00 |
| Costs re Sale of Property (closing costs, etc.) - Clerk of the Circuit Court | 2500-000 | NA | $3,750.00 | $3,750.00 | $3,750.00 |
| Costs re Sale of Property (closing costs, etc.) - Howard County Director of Finance | 2500-000 | NA | $13,125.00 | $13,125.00 | $13,125.00 |
| Costs re Sale of Property (closing costs, etc.) - Legacy Settlement Solutions, LLC | 2500-000 | NA | $484.00 | $484.00 | $484.00 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $2,227.37 | $2,227.37 | $2,227.37 |
| Other State or Local Taxes (post-petition) - Massachusetts Department of Revenue | 2820-000 | NA | $3,388.00 | $3,388.00 | $3,388.00 |
| Accountant for Trustee Fees (Other Firm) - Larry Strauss Esq. CPA & Associates, Inc. | 3410-000 | NA | $5,289.50 | $5,289.50 | $5,289.50 |
| Realtor for Trustee Fees - Heritage Realty | 3510-000 | NA | $33,750.00 | $33,750.00 | $33,750.00 |
| Realtor for Trustee Fees - Keller Williams Lucido Agency | 3510-000 | NA | $41,250.00 | $41,250.00 | $41,250.00 |
| Other Professional's Expenses - Keller Williams Lucido Agency | 3992-000 | NA | $495.00 | $495.00 | $495.00 |
| Other Professional's Expenses - Larry Strauss Esq. CPA & Associates, Inc. | 3992-000 | NA | $145.00 | $145.00 | $145.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $190,104.98 | $188,118.98 | $188,118.98 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | NA | $260,779.55 | $260,779.55 | $260,779.55 |
| 7P | Comptroller of Maryland | 5800-000 | NA | $20,501.00 | $20,501.00 | $20,501.00 |
| 8 | Pamela T. Patch | 5800-000 | NA | $124,536.66 | $124,536.66 | $124,536.66 |
| N/F | Commonwealth of Virginia | 5600-000 | $2,074.59 | NA | NA | NA |
| N/F | Pamela T. Patch | 5600-000 | $1.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$2,075.59** | **$405,817.21** | **$405,817.21** | **$405,817.21** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | COMCAST | 7100-000 | NA | $553.22 | $553.22 | $14.47 |
| 2U | Internal Revenue Service | 7300-000 | NA | $15,873.77 | $15,873.77 | $0.00 |
| 4 | American Express National Bank | 7100-000 | NA | $10,515.56 | $10,515.56 | $275.01 |
| 6 | Robert J Patch Trust | 7100-000 | NA | $437,290.28 | $437,290.28 | $11,436.13 |
| 7U | Comptroller of Maryland | 7300-000 | NA | $4,256.00 | $4,256.00 | $0.00 |
| 9 | 209 Madison Owner, LLC | 7100-000 | NA | $1,972,096.30 | $1,972,096.30 | $51,574.77 |
| 10 | WPI-Madison, LLC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 11 | Benoit Castel | 7200-000 | NA | $725,026.39 | $725,026.39 | $0.00 |
| N/F | American Express | 7100-000 | $9,603.23 | NA | NA | NA |
| N/F | Benoit Castel | 7100-000 | $685,091.82 | NA | NA | NA |
| N/F | Bryan Morberly Plumbing Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Galloway Pool Service | 7100-000 | $7,585.81 | NA | NA | NA |
| N/F | Residential Real Estate Solutions, LLC | 7100-000 | $234,129.77 | NA | NA | NA |
| N/F | Robert J. Patch Trust | 7100-000 | $446,044.13 | NA | NA | NA |
| N/F | WPI-Madison, LLC | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,382,454.76** | **$3,165,611.52** | **$3,165,611.52** | **$63,300.38** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 23-10009-NVA  
Case Name: Patch, Andrew J.  
For Period Ending: 11/13/2023

Trustee Name: (400590) Craig B. Leavers  
Date Filed (f) or Converted (c): 01/03/2023 (f)  
§ 341(a) Meeting Date: 02/10/2023  
Claims Bar Date: 05/03/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12701 Maryvale Court, Ellicott City, MD 21042-0000, Howard County | 679,050.00 | 0.00 | | 1,500,000.00 | FA |
| 2* | 23 Clinton Avenue, Oak Bluffs, MA 02557-0000, Dukes County (See Footnote) | 347,500.00 | 188,703.72 | | 233,712.57 | FA |
| 3 | 2018 BMW M240i X, 75000 miles | 23,103.00 | 20,690.90 | | 16,000.00 | FA |
| 4 | 2017 Tesla X | Unknown | Unknown | | 0.00 | FA |
| 5 | Couch, Bookcase, Desk, Chairs, Lamps, Bed, Chest, Kitchenware, 2 Display Cabinets, misc. pictures and Tools | 1,670.00 | 673.00 | | 0.00 | FA |
| 6 | 2 TVs, Computer, Printer and Scanners | 720.00 | 719.00 | | 0.00 | FA |
| 7 | Lapidary collection, consisting of approximately 200 separate items and 100 18th Century Stereocards | 26,000.00 | 25,999.00 | | 1,000.00 | FA |
| 8* | 3 Road Bicycles and various Baseball cards (See Footnote) | 3,150.00 | 3,149.00 | | 0.00 | FA |
| 9 | Mens everyday clothing, shoes and outwear | 1,500.00 | 1,499.00 | | 0.00 | FA |
| 10 | 2 Rolex Watches and a class ring | 10,300.00 | 10,299.00 | | 5,000.00 | FA |
| 11 | Checking: Axos Bank x7303 | 132,151.36 | 121,155.36 | | 121,155.36 | FA |
| 12* | Checking: Wells Fargo Bank, N.A. x4223 (See Footnote) | 2,463.82 | 2,463.82 | | 2,460.82 | FA |
| 13 | Overdraft: Wells Fargo x5116 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Nonpublic stock and businesses: Young & Thompson | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 401 (k): Premier Pension Solutions | 114,871.83 | 0.00 | | 0.00 | FA |
| 16 | Rent: Security Deposit w/ Landlord | 250.00 | 0.00 | | 0.00 | FA |
| 17 | DC and VA Bar Licenses | 1.00 | 1.00 | | 0.00 | FA |
| 18 | Prudential Term Life Insurance: Pamela Patch | 0.00 | 0.00 | | 0.00 | FA |
| 19* | Contingent claim against Eric Jenson and Roland E. Long, Jr. (See Footnote) | Unknown | Unknown | | 0.00 | FA |
| 20 | A/R (various, total approx. $1.1 Million), Collectability: 0 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Int. in partnerships or joint ventures: Young & Thompson | 0.00 | 0.00 | | 0.00 | FA |
| 22* | Prepaid County Taxes (3/2/23 - 7/1/23) (u) (See Footnote) | 0.00 | 5,875.41 | | 5,875.41 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

Case No.: 23-10009-NVA  
Case Name: Patch, Andrew J.  
For Period Ending: 11/13/2023

Trustee Name: (400590) Craig B. Leavers  
Date Filed (f) or Converted (c): 01/03/2023 (f)  
§ 341(a) Meeting Date: 02/10/2023  
Claims Bar Date: 05/03/2023

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 23* | Prepaid HOA dues (3/2/22 - 7/1/23) (u) (See Footnote) | 0.00 | 215.48 | | 215.48 | FA |
| 23 | Assets Totals (Excluding unknown values) | $1,342,731.01 | $381,443.69 | | $1,885,419.64 | $0.00 |

RE PROP# 2   Trustee's value of Debtor's half interest in this property is the appraised value ($695,000.00), less the payoff of the mortgage ($158,074.86), less an estimated cost of sale of ten percent (10%) if the Trustee were to market and sell the property to a third party ($69,500.00), divided by two:  (($695,000.00 - $158,074.86) - $69,500.00) ÷ 2 = $233,712.57. (Doc. No. 43)

RE PROP# 8   Baseball cards are just a collection from teams in the 60s and 70s.  He does not have any special cards for star player like Hank Aaron, Willie Mays or Johnny Bench.

RE PROP# 12  Per bank statement, account actually had $2,460.82 - i.e., $3.00 less than as scheduled.  Hence the $3.00 difference between what was received and what was scheduled.

RE PROP# 19  Eric Jensen filed chapter 7 bankruptcy in Eastern District of Virginia., Case No. 23-10201.  On April 24, 2023, I spoke with Roland Long concerning the claim of contribution.  His properties (in VA and West VA) and his bank accounts are all joint accounts with his wife.  He has also retained the same bankruptcy counsel and Eric Jensen.

RE PROP# 22  This was a prorated adjustment on the settlement statement, reflecting the debtor's prepayment of county taxes after the closing date for which the buyer paid at closing

RE PROP# 23  This was a prorated adjustment on the settlement statement, reflecting the debtor's prepayment of HOA dues after the closing date for which the buyer paid at closing

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 23-10009-NVA  
**Case Name:** Patch, Andrew J.  
**For Period Ending:** 11/13/2023

**Trustee Name:** (400590) Craig B. Leavers  
**Date Filed (f) or Converted (c):** 01/03/2023 (f)  
**§ 341(a) Meeting Date:** 02/10/2023  
**Claims Bar Date:** 05/03/2023

**Major Activities Affecting Case Closing:**

ASSET IS MONEY IN BANK ACCOUNT AND REAL PROPERTY OWNED WITH EX-WIFE AND PERSONAL PROPERTY

Status of Bankruptcy Case

10/10/2023 - distribution checks cut and mailed

10/10/2023 - Fee App Orders Entered (Doc Nos 59-61)

8/18/2023 - UST filed TFR (Doc No 54).  Filed Fee Apps and NFR (Doc Nos. 55-57)

7/18/2023 - emailed TFR, NFR and Fee Apps to UST

7/11/2023 - received tax returns from Larry

6/21/2023 - received and deposited money from Debtor for purchase of watches, lapidary collection and equity in car

6/12/2023 - Report of Sale for MA Property (Doc No 46)

6/8/2023 - received money for sale of MA Property

5/24/2023 - Notice of Intent to Sell Personal Property (Doc No 45)

4/27/2023 - Notice of Intent to Sell MA Property (Doc No 43)

3/6/2023 - Report of Sale (Md Property) (Doc. No. 41)

3/6/2023 - received check from closing on sale of Md Property.  Deposited it.

3/2/2023 - Order - Larry Strauss (Doc. No. 37)

3/2/2023 - Order - Granting Admin Claim for RRES (Doc. No. 36)

3/1/2023 - order entered authorizing  sale of Md Property (Doc No 35)

3/1/2023 - received $123,616.18 check from debtor for non-exempt monies in his bank account as of the petition date.  Opened account and deposit check

2/27/2023 - called Rockland Trust, lienholder on MA Property.  Need to speak with Wendy - (508) 946-8728.  Called Wendy and left voicemail

2/3/2023 - Notice of Bar Date (Doc No. 27)  Bar Date = 5/3/2023; Got't Bar Date = 7/2/23

2/2/2023 - Notice of Assets (Doc No 26).  NOTE:  I waited to file this because debtor's counsel told me that an amended creditors matrix would be filed.  I wanted all creditors to be notified of the need to file a claim, so I waiting until after the amended matrix was filed.

2/1/2023 - filed Mtn for Allowance of Admin Claim (Doc No 25)

2/1/2023 - DEBTOR FILED AMENDED CREDITORS MATRIX (Doc. No. 24)

2/1/2023 - filed Mtn to Sell MD Property Free and Clear (Doc No 23)

1/20/2023 - filed App to Employ Accountant (Doc. No. 18)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

**Case No.:** 23-10009-NVA  
**Case Name:** Patch, Andrew J.  
**For Period Ending:** 11/13/2023

**Trustee Name:** (400590) Craig B. Leavers  
**Date Filed (f) or Converted (c):** 01/03/2023 (f)  
**§ 341(a) Meeting Date:** 02/10/2023  
**Claims Bar Date:** 05/03/2023

1/9/2023 - filed App to Employ Realtor for Md Prop (Doc No 12)

1/3/2023 - filed App to Employ CBL (Doc. No. 5)


Status of 363(h) Adversary Proceeding for Maryland Property - Adv. Pro. No. 23-00004

1/12/2023 - Consent Judgment entered

1/9/2023 - uploaded consent judgment

1/9/2023 - field 363(h) Complaint

**Initial Projected Date Of Final Report (TFR):** 02/10/2024   **Current Projected Date Of Final Report (TFR):** 07/18/2023 (Actual)

11/13/2023  
Date

/s/Craig B. Leavers  
Craig B. Leavers

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 23-10009-NVA | Trustee Name: | Craig B. Leavers (400590) | |
| Case Name: | Patch, Andrew J. | Bank Name: | TriState Capital Bank | |
| Taxpayer ID #: | **-***7608 | Account #: | ******5748 Checking | |
| For Period Ending: | 11/13/2023 | Blanket Bond (per case limit): | $3,000,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/23 | | Andrew J. Patch | remittance of non-exempt funds in debtor's Axos and WF bank accounts as of the petition date | | 123,616.18 | | 123,616.18 |
| | {11} | | This portion of the check is for the funds in the debtor's Axos bank account as of the petition date $121,155.36 | 1129-000 | | | |
| | {12} | | This portion of the check is for the funds in the debtor's WF bank account as of the petition date. Per the bank statement provided by the debtor, there was $3.00 less in the account than as scheduled. Hence the $3.00 different between what the estate received and what was scheudled $2,460.82 | 1129-000 | | | |
| 03/06/23 | | Legacy Settlement Services, LLC | Net proceeds from sale of Maryland Property as authorized by order entered 3/1/2023 (Doc. No. 35) | | 207,627.32 | | 331,243.50 |
| | {1} | | Gross proceeds from sale of Maryland Property (Doc. No. 35) $1,500,000.00 | 1110-000 | | | |
| | {22} | | This was a prorated adjustment on the settlement statement, reflecting the debtor's prepayment of county taxes after the closing date for which the buyer paid at closing $5,875.41 | 1290-000 | | | |
| | {23} | | This was a prorated adjustment on the settlement statement, reflecting the debtor's prepayment of HOA due after the closing date for which the buyer paid at closing $215.48 | 1290-000 | | | |
| | | Pamela T. Patch | Co-Owner's share of net proceeds -$165,148.58 | 8500-002 | | | |
| | | Sandy Spring Bank | Payoff on mortgage -$584,254.12 | 4110-000 | | | |
| | | Howard County Director of Finance | Recordation Tax (County Deed Taxes) -$3,750.00 | 2500-000 | | | |
| | | Howard County Director of Finance | Transfer Tax (County Deed Taxes) -$9,375.00 | 2500-000 | | | |
| | | Clerk of the Circuit Court | Transfer Tax (State Deed Taxes) -$3,750.00 | 2500-000 | | | |
| | | Keller Williams Lucido Agency | Realtor Commissions (Doc. Nos. 32, 35) -$41,250.00 | 3510-000 | | | |
| | | Heritage Realty | Realtor Commissions (Doc. Nos. 32, 35) -$33,750.00 | 3510-000 | | | |

Page Subtotals: $331,243.50    $0.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 23-10009-NVA | Trustee Name: | Craig B. Leavers (400590) |
|---|---|---|---|
| Case Name: | Patch, Andrew J. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***7608 | Account #: | ******5748 Checking |
| For Period Ending: | 11/13/2023 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Keller Williams Lucido Agency | Realtor Expenses (Doc. Nos. 32, 35) -$495.00 | 3992-000 | | | |
| | | Residential Real Estate Solutions, LLC | Estate's share of claim paid to contractor for post-petition services that was allowed by Court as an administrative expense (Doc. No. 36) -$4,787.50 | 2200-000 | | | |
| | | Internal Revenue Service | Prepetition IRS Tax Lien -$71,546.78 | 4110-000 | | | |
| | | Legacy Settlement Solutions, LLC | Fed/Ex/Wire Fee -$50.00 | 2500-000 | | | |
| | | Legacy Settlement Solutions, LLC | Payoff/Release Procurement Fee -$225.00 | 2500-000 | | | |
| | | Cinch Home Services | Home Warranty Transfer -$539.00 | 2500-000 | | | |
| | | Legacy Settlement Solutions, LLC | Secure Communication Fee -$59.00 | 2500-000 | | | |
| | | Legacy Settlement Solutions, LLC | Settlement/Closing Fee -$150.00 | 2500-000 | | | |
| | | Comptroller of Md | Prepetition State Tax Liens for tax years 2017 - 2019 -$130,260.28 | 4800-000 | | | |
| | | Residential Real Estate Solutions, LLC | Contractor paid from Co-owner's Share of Proceeds -$241,487.50 | 8500-002 | | | |
| | | Galloway Pool Service | Pool contractor paid from Co-Owner's share of proceeds -$7,585.81 | 8500-002 | | | |
| 03/22/23 | 101 | Andrew J. Patch | Exemption in proceeds from sale of 12701 Maryvale Crt, Ellicott City, MD | 8100-002 | | 27,900.00 | 303,343.50 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 453.24 | 302,890.26 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 484.39 | 302,405.87 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 533.14 | 301,872.73 |
| 06/08/23 | {2} | Offit Kurman | Deposit towards sale of Debtor's 50% interest in the MA Property. (Doc. No. 43) | 1110-000 | 10,000.00 | | 311,872.73 |
| 06/08/23 | {2} | Lovepink 3, LLC (Pamela Patch) | Remaining proceeds due on sale of the Debtor's 50% interest in MA Property. (Doc. No. 43) | 1110-000 | 223,712.57 | | 535,585.30 |
| 06/21/23 | | Andrew J. Patch | Sale of Debtor's watches, lapidary collection and equity in car | | 22,000.00 | | 557,585.30 |
| | {3} | | Portion of monies allocated to car for sale of Debtor's watches, lapidary collection and equity in car $16,000.00 | 1129-000 | | | |
| | | | Page Subtotals: | | $255,712.57 | $29,370.77 | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | |
|---|---|
| Case No.: | 23-10009-NVA |
| Case Name: | Patch, Andrew J. |
| Taxpayer ID #: | **-***7608 |
| For Period Ending: | 11/13/2023 |

| | |
|---|---|
| Trustee Name: | Craig B. Leavers (400590) |
| Bank Name: | TriState Capital Bank |
| Account #: | ******5748 Checking |
| Blanket Bond (per case limit): | $3,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {10} | | Portion of monies allocation to watches from sale of Debtor's watches, lapidary collection and equity in car $5,000.00 | 1129-000 | | | |
| | {7} | | Portion of monies allocated to lapidary collection for sale of Debtor's watches, lapidary collection and equity in car $1,000.00 | 1129-000 | | | |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 756.60 | 556,828.70 |
| 10/10/23 | 102 | Craig B. Leavers | Combined trustee compensation & expense dividend payments. | | | 66,696.31 | 490,132.39 |
| | | Craig B. Leavers | Claims Distribution - Tue, 07-18-2023 $66,548.93 | 2100-000 | | | |
| | | Craig B. Leavers | Claims Distribution - Tue, 07-18-2023 $147.38 | 2200-000 | | | |
| 10/10/23 | 103 | Clerk of the Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 | 2700-000 | | 350.00 | 489,782.39 |
| 10/10/23 | 104 | The Law Offices of Craig B. Leavers, LLC | Combined payments for claim number , | | | 11,842.30 | 477,940.09 |
| | | The Law Offices of Craig B. Leavers, LLC | Claims Distribution - Tue, 07-18-2023 $11,254.00 | 3110-000 | | | |
| | | The Law Offices of Craig B. Leavers, LLC | Claims Distribution - Tue, 07-18-2023 $588.30 | 3120-000 | | | |
| 10/10/23 | 105 | Larry Strauss Esq. CPA & Associates, Inc. | Combined payments for claim number , | | | 5,434.50 | 472,505.59 |
| | | Larry Strauss Esq. CPA & Associates, Inc. | Claims Distribution - Tue, 07-18-2023 $5,289.50 | 3410-000 | | | |
| | | Larry Strauss Esq. CPA & Associates, Inc. | Claims Distribution - Tue, 07-18-2023 $145.00 | 3992-000 | | | |
| 10/10/23 | 106 | Massachusetts Department of Revenue | Distribution payment - Dividend paid at 100.00% of $3,388.00; Claim # ; Filed: $3,388.00 | 2820-000 | | 3,388.00 | 469,117.59 |
| 10/10/23 | 107 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $260,779.55; Claim # 2P; Filed: $260,779.55 | 5800-000 | | 260,779.55 | 208,338.04 |
| 10/10/23 | 108 | Comptroller of Maryland | Distribution payment - Dividend paid at 100.00% of $20,501.00; Claim # 7P; Filed: $20,501.00 | 5800-000 | | 20,501.00 | 187,837.04 |
| 10/10/23 | 109 | Pamela T. Patch | Distribution payment - Dividend paid at 100.00% of $124,536.66; Claim # 8; Filed: $124,536.66 | 5800-000 | | 124,536.66 | 63,300.38 |
| 10/10/23 | 110 | COMCAST | Distribution payment - Dividend paid at 2.62% of $553.22; Claim # 1; Filed: $553.22 | 7100-000 | | 14.47 | 63,285.91 |

Page Subtotals: $0.00  $494,299.39

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| | | |
|---|---|---|
| Case No.: | 23-10009-NVA | |
| Case Name: | Patch, Andrew J. | |
| Taxpayer ID #: | **-***7608 | |
| For Period Ending: | 11/13/2023 | |

| | |
|---|---|
| Trustee Name: | Craig B. Leavers (400590) |
| Bank Name: | TriState Capital Bank |
| Account #: | ******5748 Checking |
| Blanket Bond (per case limit): | $3,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/10/23 | 111 | American Express National Bank | Distribution payment - Dividend paid at 2.62% of $10,515.56; Claim # 4; Filed: $10,515.56 | 7100-000 | | 275.01 | 63,010.90 |
| 10/10/23 | 112 | Robert J Patch Trust | Distribution payment - Dividend paid at 2.62% of $437,290.28; Claim # 6; Filed: $437,290.28 | 7100-000 | | 11,436.13 | 51,574.77 |
| 10/10/23 | 113 | 209 Madison Owner, LLC | Distribution payment - Dividend paid at 2.62% of $1,972,096.30; Claim # 9; Filed: $1,972,096.30 | 7100-000 | | 51,574.77 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 586,956.07 | 586,956.07 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 586,956.07 | 586,956.07 | |
| Less: Payments to Debtors | | 27,900.00 | |
| NET Receipts / Disbursements | $586,956.07 | $559,056.07 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | |
|---|---|
| **Case No.:** | 23-10009-NVA |
| **Case Name:** | Patch, Andrew J. |
| **Taxpayer ID #:** | **-***7608 |
| **For Period Ending:** | 11/13/2023 |

| | |
|---|---|
| **Trustee Name:** | Craig B. Leavers (400590) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******5748 Checking |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $586,956.07 |
| Plus Gross Adjustments: | $1,298,463.57 |
| Less Payments to Debtor: | $27,900.00 |
| Less Other Noncompensable Items: | $414,221.89 |
| Net Estate: | $1,443,297.75 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5748 Checking | $586,956.07 | $559,056.07 | $0.00 |
| | $586,956.07 | $559,056.07 | $0.00 |

11/13/2023
Date

/s/Craig B. Leavers
Craig B. Leavers

UST Form 101-7-TDR (10 /1/2010)